734 A.2d 1245

IN THE MATTER OF DWAYNE C. VAUGHN,
AN ATTORNEY AT LAW.

August 6, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DWAYNE C. VAUGHN** of **STONE MOUN-TAIN, GEORGIA,** who was admitted to the bar of this State in 1981, and who was temporarily suspended from the practice of law effective March 15, 1999, by Order of this Court dated February 11, 1999, be restored to the practice of law, effective immediately.